UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN MUIR,

                        Plaintiff,

                                                                  ORDER

                                                                  03-CV-6471L

             v.

BUREAU VERITAS QUALITY
INTERNATIONAL, INC.,

                        Defendant.
_____

    Plaintiff's request (Dkt. #5) that this Court reconsider its order transferring the case to the Buffalo Division of the Western District of New York is denied.

    IT IS SO ORDERED.

                                            S/David G. Larimer
                                            _____
                                                 DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       January   5  , 2004.